UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JANE DOE, Plaintiff,

v. Civil Action No. 3:23-cv-314-DJH-CHL

BRYAN WILSON et al., Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 17) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket. The Clerk of Court shall **TERMINATE** the initial agreed order of dismissal. (D.N. 16)

October 5, 2023

David J. Hale, Judge
United States District Court